IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JACK A. DAVIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:15cv30-MHT |
| | ) | (WO) |
| NURSE JAMES, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner formerly incarcerated at the Lowndes County Jail, filed this lawsuit challenging inadequate medical care and other conditions of confinement at the jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice for failure to exhaust the administrative remedies available in the Lowndes County Jail. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted, except that the dismissal will be without prejudice.

An appropriate judgment will be entered.

DONE, this the 27th day of August, 2015.

          /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE