IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JACK A. DAVIS,           ) | |
|                          ) | |
|    Plaintiff,            ) | |
|                          ) | CIVIL ACTION NO. |
|    v.                    ) | 2:15cv30-MHT |
|                          ) | (WO) |
| NURSE JAMES, et al.,     ) | |
|                          ) | |
|    Defendants.           ) | |

JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 27) is adopted.

(2) This lawsuit is dismissed without prejudice, and with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of August, 2015.

                                 /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**